No. 109. FEDERAL POWER COMMISSION ET AL. *v.* INTERSTATE NATURAL GAS CO., INC. ET AL.;

No. 188. PUBLIC SERVICE COMMISSION OF MISSOURI *v.* INTERSTATE NATURAL GAS CO., INC. ET AL.;

No. 209. MEMPHIS LIGHT, GAS & WATER DIVISION *v.* INTERSTATE NATURAL GAS CO. ET AL.; and

No. 212. ILLINOIS COMMERCE COMMISSION ET AL. *v.* INTERSTATE NATURAL GAS CO. ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Perlman* for the Federal Power Commission, petitioner in No. 109; *Charles L. Henson* for petitioner in No. 188; *Charles C. Crabtree* for petitioner in No. 209; and *George F. Barrett,* Attorney General of Illinois, and *Albert E. Hallett,* Assistant Attorney General, for the Illinois Commerce Commission, peti-

tioner in No. 212. *William A. Dougherty, Henry P. Dart, Jr.* and *James Lawrence White* for the Interstate Natural Gas Co., Inc.; *William A. Dougherty* and *James Lawrence White* for the Mississippi River Fuel Corporation; *Edward P. Russell* for the Memphis Natural Gas Co.; and *Forney Johnston* for the Southern Natural Gas Co. et al., respondents. Reported below: 166 F. 2d 796.